IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02393-ZLW-MJW

THE ESTATE OF WILLIAM JOE ADAMS, JR., DECEASED
by and through Gerivian Adams, Personal Representative,
GERIVIAN LEE ADAMS, Individually, and
CERENITY MARIE ADAMS, a Minor, by and through Next Friend,
Gerivian Lee Adams,

    Plaintiffs,

vs.

FREMONT COUNTY SHERIFF'S OFFICE;
FREMONT COUNTY DETENTION CENTER, and
WEST CENTRAL MENTAL HEALTH CENTER, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** comes before the Court on the parties' Stipulation for Dismissal with Prejudice.

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice, the parties to pay their own costs, expenses, and attorney's fees.

**ENTERED** this 18th day of March, 2009.

                BY THE COURT:

                _____
                U.S. District Court Judge